≷JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. **II**  Investigating Agency **FBI, HSI**

City **Boston, Lynn, Everett, Elsewhere**  **Related Case Information:**

County **Suffolk, Essex, Middlesex, Elsewhere**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **19-6036-MPK**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Manuel Adan Yanez Cruz**  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name **"Rocky" and "Flaco"**

Address (City & State) **430 Meridian St, East Boston, MA 02128**

Birth date (Yr only): **1999**  SSN (last4#): _____  Sex **M**  Race: _____  Nationality: _____

Defense Counsel if known: _____  Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Kunal Pasricha**  Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No  List language and/or dialect: **Spanish**

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☑ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **07/31/2019**  Signature of AUSA: *KP* (signature)

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Edwin Amaya Mejia Alvarado

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1963 | RICO forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____