AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Manuel Adan Yanez Cruz,
a/k/a "Rocky," a/k/a "Flaco,"

Defendant

Case No. 19CR10268

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Manuel Adan Yanez Cruz, a/k/a "Rocky," a/k/a "Flaco,"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Racketeering Conspiracy

Date: 07/31/2019

*Issuing officer's signature*

City and state: Boston, Massachusetts

Steve York, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/31/2019, and the person was arrested on *(date)* 08/01/2019
at *(city and state)* Boston, MA

Date: 08/01/2019

*Arresting officer's signature*

Sean Connolly, Special Agent
*Printed name and title*