# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANUEL ADAN YANEZ CRUZ,<br>a/k/a "FLACO,"<br><br>Defendant. | Case No. 19-cr-10268-LTS |

## STATUS REPORT AND
## JOINT REQUEST TO CANCEL STATUS CONFERENCE

The United States, with the assent of defendant Manuel Yanez Cruz files this status report in advance of the status conference scheduled for April 29, 2020.  For the reasons below, the parties jointly request that the Court cancel the status conference on April 29, 2020 and set an Interim Status Conference in approximately 60 days.

### I. Pretrial Matters

#### A. Timing and Status of Discovery

This is a complex case involving allegations of participation in a wide-ranging racketeering conspiracy on behalf of the MS-13 gang.  Given the nature of the charges, the parties anticipate discovery and pretrial preparation to take more time than the typical case.  Further, the government's investigation continues, which it has informed the defense about, and which further necessitates additional time.

The parties are continuing to discuss pretrial issues cooperatively, with numerous communications between the government and the defense since the last in-person conference (including multiple communications between counsel during the period of the ongoing COVID-19 pandemic).

The government has produced certain automatic discovery and expects to continue producing materials on a rolling basis. The government anticipates availing itself of the declination procedures outlined in the Local Rules as to certain materials based on significant concerns about witness safety and protection of the public, but is otherwise intending to make disclosures broader than what may be required under the rules. As an example, the government has produced to the defense the phone extraction of a co-conspirator indicted in a different case.

Much of the relevant evidence from recordings and/or evidence obtained from phone extractions are expected to be in Spanish, which will likely require additional time for review and trial preparation. The government has already provided to the defense copies of most of the relevant recordings.

### B. Timing and Status of Pretrial Motions

At this time, it is too early to discuss the timing and status of pretrial motions. The parties request that any deadlines for motion practice not be set until the discovery process is further along.

### C. Timing and Status of Expert Witness Disclosures

Similarly, at this time, the parties ask that expert witness deadlines not be set until the discovery process is further along.

### II. Notice of Motion Regarding Relief from Protective Order

The Court has entered a Protective Order in this case, *see* Docket No. 14, and the government has been making discovery productions pursuant to that Protective Order.

As part of the ongoing and cooperative discussions between the parties regarding discovery, the defense raised certain difficulties raised by the ongoing COVID-19 pandemic vis-à-vis reviewing discovery with the defendant. To alleviate some of those

concerns, the parties have cooperatively reached a resolution they proposed to the Court earlier today in an assented-to motion to modify the Protective Order.  *See* Docket No. 26. The relief sought in that motion will assist defense counsel in reviewing discovery with the defendant.  The ongoing pandemic and the cooperative nature of the pretrial process further support additional time and a cancellation of the upcoming status conference.

### III.  Discussion of Other Matters Raised at Prior Hearing

At the prior status hearing, the government raised the issue of its intention to seek the Court's approval to obtain a sample of the defendant's DNA in connection with an investigation into additional crimes.  At the time, defense counsel indicated that she wished to be present for the taking of the defendant's DNA sample (and wanted an opportunity to object to the taking of the defendant's DNA sample).

Given the ongoing pandemic, the government is holding off on making its request for authority to obtain the defendant's DNA sample.  Among other reasons, even if the Court were to grant the authority to take the defendant's DNA sample, current guidance regarding social distancing would not make it advisable to have the U.S. Marshals bring the defendant into the Courthouse for a law enforcement agent to take a DNA sample with counsel present.  The government will revisit this issue in the future once the pandemic conditions have subsided.

### IV.  Joint Request to Cancel Status Conference

For the reasons above, the parties jointly request that the Court cancel the Status Conference scheduled for April 29, 2020.  Discovery is ongoing, the parties are continuing to discuss various pretrial matters in a cooperative manner, and the parties are not yet in position to have this case sent to the District Court for trial.

The parties request that the Court schedule an Interim Status Conference in approximately 60 days so that the parties are better positioned to discuss the status of discovery and other pretrial matters. This additional time will be necessary for the government to continue to make rolling productions of discovery and for counsel to review discovery and analyze the need for any pretrial motions.

### V.     **Request for Excludable Delay Under Speedy Trial Act**

For Speedy Trial Act purposes, the Court has previously excluded all time through the upcoming Status Conference. The parties request that the Court further exclude time from April 29, 2020 through the date of the next Status Conference. Excluding such time is appropriate because counsel will need that time to exchange discovery, review discovery and prepare any pretrial motions, and otherwise prepare the case for trial, and the interests of justice outweigh the interests of the defendant and the public in a speedy trial. *See* 18 U.S.C. 3161(h)(7)(A).

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Kunal Pasricha
KUNAL PASRICHA
Assistant United States Attorney

## **Certificate of Service**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                        By: /s/ Kunal Pasricha
                                              KUNAL PASRICHA
                                              Assistant United States Attorney